**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

v.     Criminal Case No. 12-50031-001

**OLIVAR CARAVANTES-VALERA**                                                                               **DEFENDANT**

### O R D E R

Now on this 27th day of June, 2012, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #13), to which all parties have waived objection, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, the Court accepts defendant's guilty plea, and tentatively approves the Plea Agreement, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                                                      /s/ Jimm Larry Hendren
                                                                   **JIMM LARRY HENDREN**
                                                                   **UNITED STATES DISTRICT JUDGE**